**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

UNITED STATES OF AMERICA

vs.                                              CASE NO. 6:08-CR-82-ORL-19KRS

HUMBERTO CALDERON TAPIA
a/k/a Humberto Calderon

_____

ORDER

This case having been considered by the Court on Report and Recommendation Concerning Plea of Guilty (Doc. No. 30, filed May 29, 2008) and no objection thereto having been filed, it is **ORDERED:**

1.     The Report and Recommendation of the United States Magistrate Judge (Doc. No. 30) is **ACCEPTED, AFFIRMED AND ADOPTED.**

2.     Defendant Humberto Calderon Tapia has entered a plea of guilty to Count One of the Indictment knowingly, intelligently and voluntarily. Such plea is accepted, and Defendant is adjudicated guilty of Count One of the Indictment.

3.     Ruling on acceptance of the Amended Plea Agreement (Doc. No. 26, filed May 29, 2008) is deferred until the time of sentencing.

**DONE AND ORDERED** at Orlando, Florida, this  1st  day of June, 2008.

_____
PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
Assistant United States Attorney

Attorney for Defendant
United States Marshal
United States Probation
United States Pretrial Services
Defendant
Courtroom Deputy